**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **ELIZABETH NOVA, for herself and the Class,** *Plaintiff,* | |
| **v.** | **C.A. NO.: 1:25-cv-10105** |
| **BOSTON MEDICAL CENTER CORPORATION,** *Defendant.* | |

**DEFENDANT BOSTON MEDICAL CENTER CORPORATION'S**
**RULE 12(b)(6) MOTION TO DISMISS**

Pursuant to Fed. R. Civ. P. Rule 12(b)(6), Defendant Boston Medical Center (BMC) respectfully requests that this Court dismiss Plaintiff, Elizabeth Nova's Amended Complaint, filed on or about December 19, 2024, because each of the claims made therein fails to state a claim upon which relief may be granted. Plaintiff claims that non-profit Boston Medical Center (BMC) had third-party code, or "pixels," on its *publicly-available* website, www.bmc.org, which caused the transmission of metadata reflecting search terms used and mouse clicks made on the website to third-party entities—like Meta and Google, who are not named as defendants. In pertinent part, and as expounded upon in the contemporaneously filed memorandum of law, the Court should grant BMC"s motion because: 1) each of the Amended Complaint's seven counts has discrete legal defects that entitle BMC to dismissal; 2) Plaintiff entirely fails to allege anything about how she was injured—making only *hypothetical* allegations with respect to potential (but not actual) use of BMC's website—and, without any concrete and personalized harm alleged, Plaintiff's claims must fail; and 3) Plaintiff relies on a flawed theory that her "protected health information" (PHI) was disclosed by the pixels on the website, but this theory has been held to be legally incorrect. *See,*

*e.g.*, *American Hosp. Ass'n. v. Becerra,* 738 F.Supp.3d 780, 803 (N.D. Tex. Jun. 20, 2024) ("[w]ithout knowing information that's never received—*i.e.*, the visitor's subjective motive—the resulting metadata could never identify that individual's PHI"; "[s]imply put, **Identity** (Person A) + **Query** (Condition B) ≠**IIHI** [or PHI] (Person A has Condition B)").

Accordingly, and as explained in its memorandum of law, BMC's motion to dismiss the Amended Complaint should be granted in full and with prejudice.

Dated: March 14, 2025

Respectfully submitted,

**DEFENDANT,**
**BOSTON MEDICAL CENTER CORPORATION,**

*/s/ Wystan M. Ackerman*
Linn F. Freedman, BBO #639564
Wystan M. Ackerman, BBO #651086
Wm Maxwell Daley BBO #694729
**ROBINSON & COLE LLP**
One Boston Place, 26th Floor
Boston, Massachusetts 02108
Tel: 800-762-2678
Fax: 617-557-5999
lfreedman@rc.com
wackerman@rc.com
wdaley@rc.com