**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS**

**Suffolk, ss.**

| | |
|---|---|
| ELIZABETH NOVA,<br><br>For herself and the Class,<br><br>v.<br><br>BOSTON MEDICAL CENTER CORPORATION,<br><br>Defendant. | **Case No. 1:25-cv-10105-GAO** |

## NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiff submits this notice of supplemental authority to inform the Court of a recent decision that provides additional authority to assist the Court in resolving questions presented on Defendants' motion to dismiss. That decision is *Doe v. Tenet Healthcare Corp.*, No. 23-cv-01106, 2025 U.S. Dist. LEXIS 109134 (D. Mass. June 9, 2025) (attached as Exhibit A). This decision is a later decision in the *Tenet Healthcare* case the parties discussed in their briefing. In this recent decision, the court (Saris, J.) denied a motion to dismiss a claim under the Electronic Communications Privacy Act ("ECPA") relating to the use of tracking technologies on a healthcare website. The court addressed two arguments before this Court. First, the court followed other cases in holding that the "'intentional disclosure' of private information constituted a 'further impropriety' independent of and separate from [the] *interception*' of private information," which supports the application of the crime-tort exception to one-party consent. *Id.* at * 65-66 (emphasis in original).[1] Second, the court "join[ed] [other] courts that have held that a monetary purpose does not insulate a party from liability under the ECPA." *Id.* at *69-70.[2]

[1] *See* Doc. No. 21 at 9 (Plaintiff's briefing on same issue).

[2] *See* Doc. No. 21 at 10 (Plaintiff's briefing on same issue).

Dated: June 20, 2025

Respectfully submitted,

*/s/Patrick J. Vallely*
SHAPIRO HABER & URMY LLP
Edward F. Haber (BBO #215620)
Michelle H. Blauner (BBO #549049)
Patrick J. Vallely (BBO #663866)
One Boston Place
Suite 2600
Boston, MA 02108
(617) 439-3939 – Telephone
(617) 439-0134 – Facsimile
ehaber@shulaw.com
mblauner@shulaw.com
pvallely@shulaw.com

***Counsel for Plaintiff***

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading was filed electronically through the Court's electronic filing system and that notice of this filing will be sent to all counsel of record in this matter by operation of the Court's ECF system.

Dated: June 20, 2025

*/s/Patrick J. Vallely*
Patrick J. Vallely